No. 93–5572. AVANT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5573. BELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5575. TYLER *v.* UNITED STATES; and
No. 93–5576. SANDERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5587. QUALTIERI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5588. ROBERTS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5589. DANIEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5590. BENSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5591. KENNEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5595. BERNFELD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5597. HUEBNER *v.* FARMERS STATE BANK, GRAFTON, IOWA. C. A. 8th Cir. Certiorari denied.

No. 93–5598. CARBAJAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5599. STEVENS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5602. HARDY ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5609. MAYLES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5610. PINTER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.